No. 246. DEITRICK, RECEIVER, *v.* GREANEY. March 11, 1940.

No. 631. PARKER *v.* AMERICAN SOCIETY OF MECHANICAL ENGINEERS. March 11, 1940.

No. 355. UNITED STATES *v.* MOSCOW FIRE INSURANCE Co. ET AL. March 25, 1940. The petition for rehearing is denied. It is ordered that the stay against payment by the Bank of New York & Trust Company (Bank of New York) pursuant to the judgment of the Supreme Court of New York dated August 22, 1934, be, and it hereby is, vacated. See 308 U. S. 52; and *ante,* p. 624.

No. 604. STANDARD OIL Co. ET AL. *v.* UNITED STATES. March 25, 1940. Petition for rehearing denied. MR. JUSTICE STONE took no part in the consideration and decision of this application.

No. 666. CANTLEY, RECEIVER, *v.* ANDREWS ET AL. March 25, 1940.

No. 625. GETZ ET AL. *v.* BALTIMORE & OHIO R. Co. ET AL. March 25, 1940. Motion for leave to file a petition for rehearing denied.

No. 239. FISCHER *v.* PAULINE OIL & GAS Co. March 25, 1940.

Nos. 641 and 642. CARNEGIE-ILLINOIS STEEL CORP. ET AL. *v.* COLD METAL PROCESS Co. March 25, 1940.